IN THE COUNTY COURT OF THE NINETEENTH JUDICIAL CIRCUIT
IN AND FOR ST. LUCIE COUNTY, FLORIDA

| | | |
|---|---|---|
| RICKY CLARK, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CASE NO. 562021CC002719AXXXHC |
| FROST-ARNETT COMPANY, | § § | |
| *Defendant.* | § § § | |

## DEFENDANT'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now, Defendant Frost-Arnett Company ("Defendant" or "FAC"), and files this Answer to Plaintiff's Complaint, and will show onto this Court as follows:

### COMPLAINT

FAC admits that Plaintiff brings this action under the Fair Debt Collection Practices Act ("FDCPA"). FAC denies that any statutory violations or unlawful conduct occurred.

### JURISDICTION AND VENUE

1. FAC lacks knowledge or information sufficient to form a belief about the truth of Paragraph 1; therefore, it denies the same.

2. FAC admits that at times it does business in this jurisdiction. FAC lacks knowledge or information sufficient to form a belief about the truth of the remainder of Paragraph 2; therefore, it denies the same.

3. FAC lacks knowledge or information sufficient to form a belief about the truth of Paragraph 3; therefore, it denies the same.

4. FAC lacks knowledge or information sufficient to form a belief about the truth of Paragraph 4; therefore, it denies the same.

## PARTIES

5. FAC admits Plaintiff is a natural person. FAC lacks knowledge or information sufficient to form a belief about the truth of the remainder of Paragraph 5; therefore, it denies the same.

6. FAC admits Paragraph 6.

## DEMAND FOR JURY TRIAL

7. FAC admits that Plaintiff requests a trial by jury.

## FACTUAL ALLEGATIONS

8. FAC lacks knowledge or information sufficient to form a belief about the truth of Paragraph 8; therefore, it denies the same.

9. FAC lacks knowledge or information sufficient to form a belief about the truth of Paragraph 9; therefore, it denies the same.

10. FAC lacks knowledge or information sufficient to form a belief about the truth of Paragraph 10; therefore, it denies the same.

11. FAC lacks knowledge or information sufficient to form a belief about the truth of Paragraph 11; therefore, it denies the same.

12. FAC lacks knowledge or information sufficient to form a belief about the truth of Paragraph 12; therefore, it denies the same.

13. FAC lacks knowledge or information sufficient to form a belief about the truth of Paragraph 13; therefore, it denies the same.

14. FAC lacks knowledge or information sufficient to form a belief about the truth of Paragraph 14; therefore, it denies the same.

15. FAC lacks knowledge or information sufficient to form a belief about the truth of Paragraph 15; therefore, it denies the same.

16. FAC admits that the relevant account was placed with it. FAC lacks knowledge or information sufficient to form a belief about the truth of the remainder of Paragraph 16; therefore, it denies the same.

17. FAC admits that it worked on the relevant account. FAC lacks knowledge or information sufficient to form a belief about the truth of the remainder of Paragraph 17; therefore, it denies the same.

18. FAC admits that at times it acts as a debt collector as defined by the FDCPA. FAC lacks knowledge or information sufficient to form a belief about the truth of the remainder of Paragraph 18; therefore, it denies the same.

19. FAC admits that at times it acts as a debt collector as defined by the FDCPA. FAC lacks knowledge or information sufficient to form a belief about the truth of the remainder of Paragraph 19; therefore, it denies the same.

20. FAC admits that at times it acts as a debt collector as defined by the FDCPA. FAC lacks knowledge or information sufficient to form a belief about the truth of the remainder of Paragraph 20; therefore, it denies the same.

21. FAC admits Paragraph 21.

22. FAC admits Paragraph 22.

23. FAC admits Paragraph 23.

24. FAC admits Paragraph 24.

25. FAC denies Paragraph 25 as an incomplete and/or inaccurate statement of law.

26. FAC denies Paragraph 26 as an incomplete and/or inaccurate statement of law.

27. FAC denies Paragraph 27 as an incomplete and/or inaccurate statement of law.

28. FAC admits that it sent a letter regarding the relevant account to Plaintiff that is substantially similar to Exhibit A. FAC lacks knowledge or information sufficient to form a belief about the truth of the remainder of Paragraph 28; therefore, it denies the same.

29. FAC lacks knowledge or information sufficient to form a belief about the truth of Paragraph 29; therefore, it denies the same.

30. FAC lacks knowledge or information sufficient to form a belief about the truth of Paragraph 30; therefore, it denies the same.

31. FAC denies Paragraph 31.

## COUNT I

32. FAC repeats and realleges the preceding paragraphs as though fully restated herein.

33. FAC denies Paragraph 33 as an incomplete and/or inaccurate statement of law.

34. FAC denies Paragraph 34 as an incomplete and/or inaccurate statement of law.

35. FAC denies Paragraph 35 as an incomplete and/or inaccurate statement of law.

36. FAC denies Paragraph 36 as an incomplete and/or inaccurate statement of law.

37. FAC denies Paragraph 37.

38. FAC denies Paragraph 38.

39. FAC denies Paragraph 39.

40. FAC denies Paragraph 40.

41. FAC denies Plaintiff's prayer for relief and denies that Plaintiff is entitled to any relief or damages.

## AFFIRMATIVE DEFENSES

42. Plaintiff has failed to mitigate damages, if any.

43. Plaintiff's damages, if any, are the result of a pre-existing condition not caused nor exacerbated by FAC.

44. Plaintiff proximately caused his own damages, if any.

45. Plaintiff has failed to state a claim upon which relief can be granted.

46. Plaintiff's damages were caused by a third party over which FAC has no control.

47. Any violation, if one occurred, was due to bona fide error.

WHEREFORE, PREMISES CONSIDERED, Defendant Frost-Arnett Company respectfully requests that this Court dismiss all claims against Defendant with prejudice.

Dated: January 10, 2022.                    Respectfully submitted,

/s/ *Dale T. Golden*
DALE T. GOLDEN, ESQ.
Florida Bar No.: 0094080
/s/ *Charles J. McHale*
CHARLES J. MCHALE, ESQ.
Florida Bar No.: 0026555
**GOLDEN SCAZ GAGAIN, PLLC**
1135 Marbella Plaza Drive
Tampa, Florida 33619
Phone: (813) 251-5500
Fax: (813) 251-3675
dgolden@gsgfirm.com
cmchale@gsgfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been forwarded via **email**, on this 10th day of January, 2022, to the following recipients:

**Jibrael S. Hindi**
**Thomas J. Patti**
110 SE 6th Street, Suite 1744
Fort Lauderdale, FL
Tel: 954-907-1136
Fax: 855-529-9540
jibrael@jibraellaw.com
tom@jibraellaw.com

*Counsel for Plaintiff*

/s/   *Dale T. Golden, Esq.*
DALE T. GOLDEN, ESQ.
Florida Bar No.: 0094080